■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT R. DELONG, Appellant. [838 NYS2d 457]—Appeal from an order of the Oneida County Court (Michael L. Dwyer, J.), entered April 10, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.